UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
07-CV-1789(JMR/FLN)

| | |
|---|---|
| Minneapolis Taxi Owners ) | |
| Coalition, Inc. ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| City of Minneapolis ) | |
| ) | |
| And ) | |
| ) | |
| A New Star Limousine and ) | |
| Taxi Service, Intervenor ) | |

Plaintiff objects to the Report and Recommendation, issued October 26, 2007, by the Honorable Franklin L. Noel, United States Magistrate Judge. The Magistrate recommended granting Intervenor's motions to dismiss.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, Intervenor's motions to dismiss [Docket Nos. 25 and 30] are granted.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 18th, 2007

    s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge